| | |
|---|---|
| 1 | TANJA L. DARROW, Bar No. 175502 |
|  | tdarrow@littler.com |
| 2 | SARAH E. ROSS, Bar No. 252206 |
|  | sross@littler.com |
| 3 | SHAHRAM SAMIE, Bar No. 268025 |
|  | ssamie@littler.com |
| 4 | LITTLER MENDELSON |
|  | 2049 Century Park East, 5th Floor |
| 5 | Los Angeles, CA  90067.3107 |
|  | Telephone:  310.553.0308 |
| 6 | Facsimile:   310.553.5583 |

Attorneys for Defendants
CLS TRANSPORTATION LOS ANGELES, LLC (erroneously sued as "CLS TRANSPORTATION OF LOS ANGELES, LLC"), CLS WORLDWIDE SERVICES, LLC, and EMPIRE INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DEL CID, SARKIS GAZARYAN, WODECK ZURAWSKI, JOSEPH SKORE, DONALD MERRIWEATHER, DENYSE LEBLANC, GEORGINA SANCHEZ, NICHOLAS KLOPSIS, HENRY WOJACK, FRANK CARUSO and JAVIER HERNANDEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLS TRANSPORTATION OF LOS ANGELES, LLC, a Delaware limited liability company, CLS WORLDWIDE SERVICES, LLC,  a Delaware limited liability company; EMPIRE INTERNATIONAL, LTD, a New Jersey limited partnership; EMPIRE/CLS WORLDWIDE CHAUFFEURED SERVICES, a business entity form unknown, GTS HOLDINGS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:11-cv-06812-R-MRWx<br><br>**ORDER GRANTING PARTIES' PROTECTIVE ORDER**<br><br>Complaint Filed:  July 12, 2011<br>     (originally filed in Los Angeles Superior Court)<br><br>Trial Date:  None yet |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

| | |
|---|---|
| 1 | JENNIFER L. HART, Bar No. 176171 |
|   | jenniferhartesq@yahoo.com |
| 2 | LAW OFFICE OF JENNIFER L. HART |
|   | 1801 Century Park East, 24th Floor |
| 3 | Los Angeles, California 90067 |
|   | Telephone: 310.903.0717 |
| 4 | Facsimile: 310.470.6324 |
| 5 | Attorneys for Plaintiffs |
|   | ANGEL DEL CID, SARKIS GAZARYAN, |
| 6 | WODECK ZURAWSKI, JOSEPH SKORE, |
|   | DONALD MERRIWEATHER, DENYSE |
| 7 | LEBLANC, GEORGINA SANCHEZ, |
|   | NICHOLAS KLOPSIS, HENRY WOJACK, |
| 8 | FRANK CARUSO and JAVIER HERNANDEZ |
| 9 | JENNIFER KRAMER, Bar No. 203385 |
|   | Jennifer@laborlex.com |
| 10 | JENNIFER KRAMER LEGAL, APC |
|   | 601 S. Figueroa Street, Suite 2390 |
| 11 | Los Angeles, California 90017 |
|   | Telephone: 213.955.0200 |
| 12 | Facsimile: 213.226.4358 |
| 13 | Attorneys for Plaintiffs |
|   | ANGEL DEL CID, SARKIS GAZARYAN, |
| 14 | WODECK ZURAWSKI, JOSEPH SKORE, |
|   | DONALD MERRIWEATHER, DENYSE |
| 15 | LEBLANC, GEORGINA SANCHEZ, |
|   | NICHOLAS KLOPSIS, HENRY WOJACK, |
| 16 | FRANK CARUSO and JAVIER |
|   | HERNANDEZ |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DEL CID, SARKIS GAZARYAN, WODECK ZURAWSKI, JOSEPH SKORE, DONALD MERRIWEATHER, DENYSE LEBLANC, GEORGINA SANCHEZ, NICHOLAS KLOPSIS, HENRY WOJACK, FRANK CARUSO and JAVIER HERNANDEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLS TRANSPORTATION OF LOS ANGELES, LLC, a Delaware limited liability company, CLS WORLDWIDE SERVICES, LLC, a Delaware limited liability company; EMPIRE INTERNATIONAL, LTD, a New Jersey limited partnership; EMPIRE/CLS WORLDWIDE CHAUFFEURED SERVICES, a business entity form unknown, GTS HOLDINGS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:11-cv-06812-R-MRWx<br><br>**ORDER GRANTING PARTIES' PROTECTIVE ORDER**<br><br>Trial Date: XXX |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  The Court, having read and considered the Joint Stipulation and [Proposed] Protective Order of Plaintiffs Angel Del Cid, Sarkis Ghazaryan, Wodeck Zurawski, Joseph Skore, Donald Merriweather, Denyse LeBlanc, Georgina Sanchez, Nicholas Klopsis, Henryk Wojak, Francky Caruso, and Javier Hernandez and Defendants CLS Transportation Los Angeles, LLC (erroneously sued as "CLS Transportation of Los Angeles, LLC"), CLS Worldwide Services, LLC, and Empire International Ltd., and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Protective Order is GRANTED.

Dated:   October 24, 2011

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.