JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DEL CID, SARKIS GAZARYAN, WODECK ZURAWSKI, JOSEPH SKORE, DONALD MERRIWEATHER, DENYSE LEBLANC, GEORGINA SANCHEZ, NICHOLAS KLOPSIS, HENRY WOJACK, FRANK CARUSO and JAVIER HERNANDEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLS TRANSPORTATION OF LOS ANGELES, LLC, a Delaware limited liability company, CLS WORLDWIDE SERVICES, LLC, a Delaware limited liability company; EMPIRE INTERNATIONAL, LTD, a New Jersey limited partnership; EMPIRE/CLS WORLDWIDE CHAUFFEURED SERVICES, a business entity form unknown, GTS HOLDINGS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:11-cv-06812-R-MRWx<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE MANUAL L. REAL<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE TO REOPEN WHILE THE PARTIES SUBMIT ENTIRE ACTION TO ARBITRATION<br><br>Complaint Filed: July 12, 2011 (originally filed in Los Angeles Superior Court)<br><br>Trial Date: None yet |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | The Court, having read and considered the Stipulation of Plaintiffs Angel Del            |
| 2  | Cid, Sarkis Ghazaryan, Wodeck Zurawski, Joseph Skore, Donald Merriweather,               |
| 3  | Denyse LeBlanc, Georgina Sanchez, Nicholas Klopsis, Henryk Wojak, Francky                |
| 4  | Caruso and Javier Hernandez ("Plaintiffs") and Defendants CLS Transportation Los         |
| 5  | Angeles, LLC (erroneously sued as "CLS Transportation of Los Angeles, LLC"), CLS         |
| 6  | Worldwide Services, LLC and Empire International Ltd. ("Defendants") (collectively,      |
| 7  | the "Parties") to Stay the Entire Action While the Parties Submit the Entire Action to   |
| 8  | Arbitration, and good cause appearing,                                                   |

**IT IS HEREBY ORDERED** that the above-captioned action on file with the above-entitled Court in Case No. 2:11-cv-06812-R-MRWx is DISMISSED, WITHOUT PREJUDICE TO MOVE TO REOPEN ACTION UPON COMPLETION OF ARBITRATION, pending the resolution of the dispute between the parties through arbitration. Each party is to bear its own respective costs of suit and attorneys' fees in the instant civil action only (not applicable to the arbitration proceedings).

**IT IS SO ORDERED.**

Dated:  _January 4, 2012_         _____
                                   HON. MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE

Firmwide:106249574.1 059667.1003

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308